IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| GRUNLEY-WALSH US, LLC | * |
| Plaintiff, | * |
| v. | * |
| ANTHONY J. TRUJILLO, et al. | *   Case No. : 1:09-rj-00013 |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

(Docket No. 2)

**ORDER GRANTING MOTION AND APPLICATION FOR CHARGING ORDER**

Having considered the Motion and Application for Charging Order filed by Plaintiff/Judgment Creditor Grunley-Walsh US, LLC, it is on this 9th day of November, 2009, by the United States District Court for the District of Colorado,

**ORDERED**, that the Motion be and is hereby **GRANTED**; and it is further

**ORDERED**, that

(1) The membership interest of Anthony J. Trujillo in the limited liability company known as Trujillo Real Estate, LLC, whose address on record with the Colorado Secretary of State is 4100 Albion Street, #10-51, Denver, CO 80216, is hereby charged with the unpaid balance of the judgment entered on January 27, 2009 in favor of Plaintiff and against Anthony J. Trujillo in this matter, in the amount of $505,142.00, with interest thereon;

(2) The membership interest of Anthony J. Trujillo in the limited liability company known as Trujillo Real Estate & Development, LLC whose address on record with the Colorado Secretary of State is 4100 Albion Street, #10-51, Denver, CO 80216, is hereby charged with the unpaid balance of the judgment

entered on January 27, 2009 in favor of Plaintiff and against Anthony J. Trujillo in this matter, in the amount of $505,142.00, with interest thereon;

(3)   The membership interest of Anthony J. Trujillo in the limited liability company known as Trujillo Property Investments, LLC, whose address on record with the Colorado Secretary of State is 4100 Albion Street, #10-51, Denver, CO 80216, is hereby charged with the unpaid balance of the judgment entered on January 27, 2009 in favor of Plaintiff and against Anthony J. Trujillo in this matter, in the amount of $505,142.00, with interest thereon;

(4)   The membership interest of Anthony J. Trujillo in the limited liability company known as AJ Real Estate and Development, LLC, whose address on record with the Colorado Secretary of State is 4100 Albion Street, #10-51, Denver, CO 80216, is hereby charged with the unpaid balance of the judgment entered on January 27, 2009 in favor of Plaintiff and against Anthony J. Trujillo in this matter, in the amount of $505,142.00, with interest thereon;

(5)   The membership interest of Anthony J. Trujillo in the limited liability company known as AJ Property Investments, LLC, whose address on record with the Colorado Secretary of State is 4100 Albion Street, #10-51, Denver, CO 80216, is hereby charged with the unpaid balance of the judgment entered on January 27, 2009 in favor of Plaintiff and against Anthony J. Trujillo in this matter, in the amount of $505,142.00, with interest thereon;

(6)   The membership interest of Anthony J. Trujillo in the limited liability company known as AJT Property Development, LLC, whose address on record with the Colorado Secretary of State is 4100 Albion Street, #10-51, Denver, CO

80216, is hereby charged with the unpaid balance of the judgment entered on January 27, 2009 in favor of Plaintiff and against Anthony J. Trujillo in this matter, in the amount of $505,142.00, with interest thereon;

(7)   The membership interest of Anthony J. Trujillo in the limited liability company known as Trujillo Ranch Holdings, LLC, whose address on record with the Colorado Secretary of State is 4100 Albion Street, #10-51, Denver, CO 80216, is hereby charged with the unpaid balance of the judgment entered on January 27, 2009 in favor of Plaintiff and against Anthony J. Trujillo in this matter, in the amount of $505,142.00, with interest thereon; and

(8)   The membership interest of Anthony J. Trujillo in the limited liability company known as AJT Real Estate, LLC, whose address on record with the Colorado Secretary of State is 4100 Albion Street, #10-51, Denver, CO 80216, is hereby charged with the unpaid balance of the judgment entered on January 27, 2009 in favor of Plaintiff and against Anthony J. Trujillo in this matter, in the amount of $505,142.00, with interest thereon.

**IT IS SO ORDERED.**

_____  11-9-09
Judge, United States District Court
for the District of Colorado

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

3