# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  09-rj-00013-NONE-MJW                FTR - Courtroom A-502

**Date:**   January 30, 2012                              Courtroom Deputy, Ellen E. Miller

|  *Parties*  |  *Counsel*  |
|---|---|
| GRUNLEY-WALSH US, LLC, | Joseph L. Katz |
| Plaintiff(s), | |
| v. | |
| ANTHONY J. TRUJILLO, and | *Pro Se* |
| DENISE F. TRUJILLO, | - - - - |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   MOTION   HEARING
**Court in Session:**   2:38   p.m.
Court calls case.  Appearances of counsel, and *Pro Se* Defendant Anthony J. Trujillo..

The time set for this Motion Hearing is 2:00 p.m.  The Court has conducted settlement discussions with the parties as to this motion [Docket No. 14].  A stipulation has been reached as to Plaintiff/Judgment Creditor Grunley-Walsh, US, LLC's and Anthony J. Trujillo.  It is noted Denise F. Trujillo has no individual ownership interest in the property addressed in this motion.

Mr. Katz placed the stipulation to resolve this motion on the record.  The stipulation is approved by the Court.

**It is ORDERED:**     Plaintiff/Judgment Creditor Grunley-Walsh, US, LLC's MOTION FOR JUDICIAL SALE OF REAL PROPERTY PURSUANT TO CHARGING ORDER, AND/OR FOR FORECLOSURE OF CHARGING ORDER INTEREST [Docket No. **14**, filed September 19, 2011]
is   **GRANTED , per the stipulation placed on the record,**
for reasons as set forth on the record.
Plaintiff shall file with the court  the Order granting Stipulation **on or before FEBRUARY 09, 2012.**

Hearing concluded.
**Court in recess:**   2:49 p.m.     Total In-Court Time 00:11

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free    1-800-962-3345.