IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **GRUNLEY-WALSH US, LLC** | * | |
| Plaintiff, | * | |
| v. | * | |
| **ANTHONY J. TRUJILLO, et al.** | * | Case No. : 1:09-rj-00013 |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING STIPULATION OF PARTIES AS TO THE MOTION FOR JUDICIAL SALE OF REAL PROPERTY PURSUANT TO CHARGING ORDER [Docket 22]

Plaintiff/Judgment Creditor Grunley Walsh US LLC and Defendant/Judgment Debtor Anthony J. Trujillo, it being noted and stipulated that Denise F. Trujillo maintains no ownership interest in the real property at issue, having appeared before the Court on January 30, 2012 and having stipulated as to the following terms, the Motion for Judicial Sale of Real Property Pursuant to Charging Order and/or for Foreclosure of Charging Order Interest is hereby **GRANTED**, however enforcement be and is hereby **STAYED** and shall remain so stayed in so long as Defendant/Judgment Debtor Anthony J. Trujillo complies with the payment schedule as set forth below:

Anthony J. Trujillo shall tender the amount of $32,250 to Grunley-Walsh US, LLC on or before February 16, 2012;

Anthony J. Trujillo shall tender the amount of $45,000 to Grunley-Walsh US, LLC on or before March 30, 2012;

Anthony J. Trujillo shall tender the amount of $45,000 to Grunley-Walsh US, LLC on or before June 1, 2012;

Anthony J. Trujillo shall tender the amount of $45,000 to Grunley-Walsh US, LLC on or before September 1, 2012;

Anthony J. Trujillo shall tender the amount of $45,000 to Grunley-Walsh US, LLC on or before December 1, 2012.

In the event any payment as set forth above shall fail to be made when due, 5 days following the issuance of a written notice to Anthony J. Trujillo to cure, which notice may be made via electronic mail to anthonyj.trujillo@gmail.com, and following the failure to so cure, Grunley Walsh US LLC may file a motion to lift the stay of execution and, thereafter, execute thereon in the manner as the Court may then direct.

**IT IS SO ORDERED.**

Dated This 9th Day of February 2012.

Magistrate Judge Michael J. Watanabe,
United States District Court
for the District of Colorado